IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEIL B. STAFFORD,            )
                             )
            Plaintiff,       )
                             )   Civil No. 04-3027-CO
        v.                   )
                             )   ORDER
FRED BARBARO, et al.,        )
                             )
            Defendants.      )
_____)

Magistrate Judge John P. Cooney filed Findings and Recommendation on May 17, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed May 17, 2005, in its entirety. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 5th day of July, 2005.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE